[S. F. No. 12601. In Bank.—July 15, 1927.]

FRANK P. DOYLE et al., Petitioners, v. W. S. COULTER, as Clerk of the Superior Court of the State of California, in and for the County of Sonoma, Respondent.

[1] BRIDGE AND HIGHWAY DISTRICT ACT — PROTEST—FILING AND SETTING HEARING—FEES—COUNTY CLERK.—The filing and setting for hearing of protests forwarded to the county clerk by the Secretary of State, as required in proceedings taken under the Bridge and Highway District Act of 1925 (Stats. 1925, p. 714), are acts required to be performed by the county clerk as duties enjoined by law on behalf of an agency of the state, and under section 4300a of the Political Code, as amended (Stats. 1921, p. 239), no filing fee is required or may be demanded for the services so rendered.

---

(1) 11 C. J., p. 865, n. 56; 15 C. J., p. 501, n. 4.

APPLICATION for a Writ of Mandate to compel the county clerk of Sonoma County to set for hearing certain protests in proceedings under the Bridge and Highway District Act of 1925. Writ granted.

The facts are stated in the opinion of the court.

George H. Harlan and Charles H. Brennan for Petitioners.

Robert Duncan and Casper A. Ornbaun for Respondents.

THE COURT.—[1] This is an application for a writ of mandate to compel the respondent county clerk to file and set for hearing protests forwarded to him by the Secretary of State, as required in proceedings taken under the Bridge and Highway District Act of 1925 (Stats. 1925, p. 714), without exacting any filing fee therefor. The statute referred to requires the Secretary of State to forward said protests to the respondent and the respondent is required to file said protests and set the same for hearing in the manner therein prescribed. The acts herein required to be performed are duties enjoined by law on the respondent on behalf of an agency of the state, and

under section 4300a of the Political Code, as amended (Stats. 1921, p. 239), we think it is clear that no filing fee is required or may be demanded for the service to be so rendered by the respondent.

Let the peremptory writ issue as prayed.